```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                    :
HECTOR MORALES,                     :
                                    :
        Petitioner,                 :    Civ. No. 20-5655 (NLH)
                                    :
    v.                              :    **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
WARDEN,                             :
                                    :
        Respondent.                 :
_____ :

APPEARANCE:

Hector Morales
21204-014
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

      Petitioner Pro se

Craig Carpenito, United States Attorney
John Francis Basiak, Assistant United States Attorney
Office of the U.S. Attorney
402 East State Street
Room 08608
Trenton, NJ 08608

      Counsel for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Hector Morales filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 asking to be released to home confinement due to the coronavirus COVID-19 pandemic, see ECF No. 1; and

WHEREAS, Petitioner's sentencing court granted his motion for compassionate release, United States v. Morales, No. 3:12-cr-0164 (D. Ct. Sept. 8, 2020) (ECF No. 356); and

WHEREAS, Petitioner's § 2241 petition is now moot because Petitioner has obtained his requested relief,

THEREFORE, IT IS on this  23rd   day of November, 2020

ORDERED that the petition is dismissed as moot; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail and mark this case closed.

At Camden, New Jersey

    s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.